UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENERAL MOTORS CORPORATION,
*a Delaware corporation*,

      Plaintiff,

v.                                                                                    Case No. 8:06-cv-900-SCB-MSS

PHAT CAT CARTS, INC.,
*a Florida corporation f/k/a*
The Little Car Company, Inc.,

      Defendant.
_____/

**O R D E R**

      This cause comes before the Court for consideration of Plaintiff's Motion for Preliminary Injunction.  (Doc. No. 2.)  This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral.  (Doc. No. 22.)  Magistrate Judge Scriven held a hearing on the motion on August 28, 2006.  (Doc. No. 33.)  Thereafter, Magistrate Judge Scriven filed her Report and Recommendation, recommending that preliminary injunctive relief be granted and that Defendant "be directed that it cannot use in any manner the trademarks, logos, or trade dress, which are identical or closely resemble those listed in Plaintiff's Verified Complaint." (Doc. No. 44.)  All parties were furnished copies of the Report and Recommendation on September 28, 2006, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 44) is adopted and incorporated by reference in this Order of the Court;

    (2)    Plaintiff's Motion for Preliminary Injunction (Doc. No. 4) is **GRANTED** to the extent consistent with the Magistrate Judge's Report and Recommendation; and

    (3)    The parties are directed to submit, by October 31, 2006, a joint proposed preliminary injunction order consistent with the Magistrate Judge's Report and Recommendation to be entered by this Court.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of October, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mary S. Scriven
Counsel of Record