**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **GENERAL MOTORS CORPORATION**, a Delaware corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>**PHAT CAT CARTS, INC.,** a Florida corporation,<br><br>*Defendant*. | **Preliminary Injunction Order**<br><br>No. 8:06-CV-900-T-24MSS |

### PRELIMINARY INJUNCTION ORDER

This cause comes before the Court on Plaintiff, General Motors' ("GM") Motion for Preliminary Injunction. Pursuant to a specific order of referral, the motion was considered by United States Magistrate Judge Scriven at a hearing on August 28, 2006. At that hearing, GM submitted as evidence in support of its claims its Verified Complaint and an accompanying affidavit. Defendant, Phat Cat Carts, Inc. ("Phat Cat") relied solely on the testimony of Brian Wilson, owner and president of Phat Cat, who presented live testimony at the hearing.

Judge Scriven filed a Report and Recommendation recommending that preliminary injunctive relief be granted and that Defendant, Phat Cat, "be directed that it cannot use in any manner the trademarks, logos, or trade dress, which are identical or closely resemble those listed in Plaintiff's Verified Complaint." Phat Cat did not file any objections to the Report and Recommendation, and the District Court

adopted it and incorporated it by reference in an Order dated October 18, 2006 (Doc. 46).

Accordingly, pursuant to *Fed. R. Civ. P.* 65, and on the basis of the findings of fact and conclusions of law in the Report and Recommendation, which have been adopted by the Court, Defendant, Phat Cat Carts, Inc., and all of its officers, directors, agents, servants, employees, and all other persons in active concert or participation with Defendant who receives actual notice of this Order, are preliminarily enjoined and restrained from:

1. Manufacturing, advertising, marketing, and/or selling golf car body kits and/or custom golf cars that use, copy, misappropriate the following trademarks or any colorable imitation or confusingly similar variation of the following trademarks: HUMMER®, H1®, H2®, H3®, the HUMMER GRILL®, CHEVROLET®, CHEVY®, the CHEVROLET POLYGON LOGO®, the CHEVROLET CHEVRONS LOGO®, BEL AIR®, and MONTE CARLO®.

2. Manufacturing, advertising, marketing, and/or selling golf car body kits and/or custom golf cars that misappropriate the following trade dress or any colorable imitation or similar variation of the trade dress or design of the following vehicles: HUMMER® H1®, H2®, and H3®; and CHEVROLET BEL AIR® and MONTE CARLO®.

3. Otherwise violating GM's trademark and trade dress rights;

4. Instructing, assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs 1 through 4 above.

**IT IS SO ORDERED.**

DATED: November 1, 2006

                                                    /s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record